**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| ANNIE R. PAYNE,<br><br>Plaintiff,<br><br>v.<br><br>MRS ASSOCIATES, INC.,<br><br>Defendant. | Case No. 4:18-cv-02353<br><br>Honorable Judge Gray H. Miller |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that ANNIE R. PAYNE ("Plaintiff"), hereby notifies the Court that Plaintiff and Defendant MRS ASSOCIATES, INC., have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal.

Respectfully submitted this 29th day of May, 2019.

                                                       Respectfully submitted,

                                                       *s/ Alexander J. Taylor*
                                                       Alexander J. Taylor
                                                       Sulaiman Law Group, Ltd.
                                                       2500 S. Highland Avenue, Suite 200
                                                       Lombard, IL 60148
                                                       Phone: (630) 575-8181
                                                       ataylor@sulaimanlaw.com
                                                       *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

                                                *s/ Alexander J. Taylor*_____
                                                Alexander J. Taylor